April 25, 2016

Honorable Haywood S. Gilliam, Jr.
U.S. District Judge
Northern District of California
450 Golden Gate Avenue
Courtroom 10, 19th Floor
San Francisco, CA  94102

Re:  **KHN Solutions, Inc. v. Vertisense Inc. (Case No. 3:16-cv-00962-HSG): Stipulation Regarding Oral Argument at Hearing**

Dear Judge Gilliam,

We are lead counsel of record for Plaintiff KHN Solutions LLC ("KHN") and Defendant Vertisense LLC ("Vertisense").  We write jointly to share with the Court a stipulation reached regarding oral argument on Vertisense's motion to dismiss set to be heard by your Honor at 2:00 p.m. on April 28, 2016.  Undersigned counsel are aware that many judges in this District have urged law firms to provide more opportunities for younger lawyers to argue important motions as a way of developing their skills.  In keeping with that goal, the parties have agreed to allow the associates on the case, Mr. Alper Ertas of Venable LLP and Mr. Timothy Saulsbury of Durie Tangri LLP, to argue the pending motion to dismiss for lack of patent eligible subject matter.  We have also agreed and stipulated that, with the Court's permission, lead counsel will appear at the hearing and will be prepared to answer any questions that the Court may have, after the conclusion of oral argument by Mr. Ertas and Mr. Saulsbury.

Please let us know if the Court has any questions or requires additional information from counsel.  Thank you.

| | |
|---|---|
| **Pamela K. Fulmer** | **Clemson S. Roberts** |
| **Fulmer Ware LLP** | **Durie Tangri LLP** |
| 4 Embarcadero Center, Suite 1400 | 217 Leidesdorff Street |
| San Francisco, California 94111 | San Francisco, CA 94111 |
| 415.766.3509 | 415.362.6666 |
| pam@fulmerware.com | croberts@durietangri.com |