1

DURIE TANGRI LLP
CLEMENT S. ROBERTS (SBN 209203)

2

croberts@durietangri.com
TIMOTHY C. SAULSBURY (SBN 281434)

3

tsaulsbury@durietangri.com
217 Leidesdorff Street

4

San Francisco, CA  94111
Telephone:    415-362-6666

5

Facsimile:    415-236-6300

6

Attorneys for Defendant
VERTISENSE INC.

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

KHN SOLUTIONS, INC.,

Case No. 3:16-CV-00962-HSG

12

Plaintiff,

**DEFENDANT VERTISENSE INC.'S ADMINISTRATIVE MOTION FOR ORDER PERMITTING USE OF EQUIPMENT DURING THE APRIL 28, 2016 MOTION TO DISMISS HEARING**

13

v.

14

VERTISENSE INC.,

15

Defendant.

Date:    April 28, 2016
Time:    2:00 p.m.
Ctrm:    10, 19th Floor
Judge:   Honorable Haywood S. Gilliam, Jr.

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Defendant Vertisense Inc. ("Vertisense") hereby requests the Court's permission to utilize the

2   Court's electronic equipment in the Federal Courthouse at 450 Golden Gate Avenue, Courtroom 10, 19th

3   Floor, San Francisco, California for use during the Motion to Dismiss Hearing on Thursday, April 28,

4   2016, in the courtroom of the Honorable Haywood S. Gilliam, Jr.

5   As such, pursuant to General Order 58, Vertisense seeks leave of the Court to permit its counsel

6   to bring into the courtroom laptop computers for connection to the Court's projection equipment, cables,

7   and other supporting computer peripherals on April 28, 2016.

8   Dated:  April 25, 2016                               DURIE TANGRI LLP

9

10                                                   By: ____*/s/ Timothy C. Saulsbury*_____
                                                         TIMOTHY C. SAULSBURY

11
                                                     Attorneys for Defendant
12                                                   VERTISENSE INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADMINISTRATIVE MOTION FOR ORDER PERMITTING USE OF EQUIPMENT
CASE NO. 3:16-CV-00962-HSG

1

**CERTIFICATE OF SERVICE**

2          I certify that all counsel of record is being served on April 25, 2016 with a copy of this document

3   via the Court's CM/ECF system.

*/s/ Timothy C. Saulsbury*

4                                                              TIMOTHY C. SAULSBURY

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADMINISTRATIVE MOTION FOR ORDER PERMITTING USE OF EQUIPMENT
CASE NO. 3:16-CV-00962-HSG