DURIE TANGRI LLP
CLEMENT S. ROBERTS (SBN 209203)
croberts@durietangri.com
TIMOTHY C. SAULSBURY (SBN 281434)
tsaulsbury@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:     415-236-6300

Attorneys for Defendant
VERTISENSE INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KHN SOLUTIONS, INC.,<br><br>                    Plaintiff,<br><br>     v.<br><br>VERTISENSE INC.,<br><br>                    Defendant. | Case No. 3:16-CV-00962-HSG<br><br>**ORDER GRANTING DEFENDANT VERTISENSE INC.'S ADMINISTRATIVE MOTION FOR ORDER PERMITTING USE OF EQUIPMENT DURING THE APRIL 28, 2016 MOTION TO DISMISS HEARING**<br><br>Date:    April 28, 2016<br>Time:   2:00 p.m.<br>Ctrm:   10, 19th Floor<br>Judge:  Honorable Haywood S. Gilliam, Jr. |

IT IS HEREBY ORDERED THAT:

    Laptop computers for connection to the Court's projection equipment, cables, and other supporting computer peripherals may be brought into Courtroom 10, 19th Floor of the Federal Courthouse at 450 Golden Gate Avenue, San Francisco, California by counsel for Defendant Vertisense Inc. for use during the Motion to Dismiss Hearing on Thursday, April 28, 2016.

Dated:  April 26, 2016

                                         Honorable Haywood S. Gilliam, Jr.
                                         United States District Court Judge

**CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on April 26, 2016 with a copy of this document via the Court's CM/ECF system.

*/s/ Timothy C. Saulsbury*
TIMOTHY C. SAULSBURY