UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KHN SOLUTIONS INC.,

    Plaintiff,

v.

VERTISENSE INC.,

    Defendant.

Case No. 16-cv-00962-HSG

**ORDER REGARDING APRIL 28, 2016 ORAL ARGUMENT**

Re: Dkt. No. 30

On April 25, 2016, the parties filed a joint letter informing the Court that the parties have agreed to have associates argue the pending motion to dismiss. Dkt. No. 30.

The Court appreciates the parties' proactive effort to provide opportunities for newer lawyers, and is happy to accommodate the request. The parties should keep in mind that the Court has carefully read and considered the parties' briefs on the pending motion to dismiss. For this reason, as in all matters, the Court does not expect a presentation (via a slide deck or otherwise) that simply repeats the arguments in the briefs. Instead, counsel should focus the argument on clarifying and augmenting key points. The Court looks forward to Thursday's hearing.

**IT IS SO ORDERED.**

Dated: April 27, 2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge