FULMER WARE LLP
Pamela K. Fulmer (SB 154736)
Pam@Fulmerware.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-3509
Facsimile: (415) 231-5272

VENABLE LLP
Alper T. Ertas (SB 264120)
ATErtas@Venable.com
505 Montgomery Street, Suite 1400
San Francisco, CA 94111
Telephone: (415) 653-3750
Facsimile: (415) 653-3755

Adam R. Hess (*pro hac vice*)
ARHess@Venable.com
575 Seventh Street, NW
Washington, D.C. 20004
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Attorneys for KHN Solutions, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KHN Solutions, Inc.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Vertisense Inc.<br><br>　　　　　Defendant. | CASE NO. 3:16-cv-00962-HSG<br><br>**PLAINTIFF KHN SOLUTIONS, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO SUBMIT STATEMENT OF RECENT DECISION**<br><br>Hearing Date: 4/28/2016<br>Time:　　　2:00 p.m. PST<br>Courtroom:　10, 19th Floor<br>Judge:　　　Hon. Haywood S. Gilliam, Jr. |

KHN'S MOTION FOR ADMINISTRATIVE RELIEF TO SUBMIT STATEMENT OF RECENT DECISION

VENABLE LLP
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

Plaintiff KHN Solutions, Inc. ("KHN") respectfully moves to obtain leave to submit the following supplemental authority to be considered in connection with KHN's Response in Opposition to Defendant's Motion to Dismiss For Failure To State A Claim Pursuant to Rule 12(b)(6) ("KHN's Opposition"). (Dkt. 28). On May 12, 2016, the United States Court of Appeals for the Federal Circuit decided *Enfish, LLC v. Microsoft Corp.*, No. 2015-1244, 2016 U.S. App. LEXIS 8699 (Fed. Cir. May 12, 2016). The District Court case, *Enfish, LLC v. Microsoft Corp.*, 56 F. Supp. 3d 1167 (C.D. Cal. 2014), was cited in KHN's Opposition and Defendant Vertisense Inc.'s Reply Memorandum In Support Of Its Motion To Dismiss For Failure To State A Claim Pursuant to 35 U.S.C. § 101. *See* (Dkt. 29 at 4:19-5:4) and (Dkt. 28 at 16:16-20). The Federal Circuit's decision in *Enfish* is pertinent and significant authority that was established after the parties' briefing was submitted to the Court and after oral argument.

The Federal Circuit reversed the District Court's ruling and held that the claims addressed in *Enfish* "are not directed to an abstract idea under step one of the *Alice* analysis". *Enfish,* 2016 U.S. App. LEXIS 8699, at *22.

Dated: May 16, 2016         Respectfully submitted,

By: */s/ Alper T. Ertas*
ALPER T. ERTAS
Attorneys for KHN Solutions, Inc.

PAMELA K. FULMER
PAM@FULMERWARE.COM
FULMER WARE LLP
4 EMBARCADERO CENTER, SUITE 1400
SAN FRANCISCO, CA 94111
T 415.766.3509
F 415.231.5272

ALPER T. ERTAS
ATERTAS@VENABLE.COM
VENABLE LLP
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
T 415.343.3214
F 415.653.3755

PRO HAC VICE:
ADAM R. HESS
ARHESS@VENABLE.COM
VENABLE LLP
575 SEVENTH STREET, NW
WASHINGTON, D.C. 20004
T 202.344.4000
F 202.344.8300