# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KHN Solutions, Inc.<br><br>                Plaintiff,<br><br>    v.<br><br>Vertisense Inc.<br><br>                Defendant. | CASE NO. 3:16-cv-00962-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER GRANTING PLAINTIFF KHN SOLUTIONS, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO SUBMIT STATEMENT OF RECENT DECISION**<br><br>Hearing Date: 4/28/2016<br>Time:        2:00 p.m. PST<br>Courtroom:  10, 19th Floor<br>Judge:       Hon. Haywood S. Gilliam, Jr. |

[PROPOSED] ORDER GRANTING KHN'S MOTION FOR ADMINISTRATIVE
RELIEF TO SUBMIT STATEMENT OF RECENT DECISION

Plaintiff KHN Solutions, Inc.'s ("KHN") Motion for Administrative Relief to Submit Statement of Recent Decision was brought before this Court. The Court finds that the matter is appropriate for resolution without oral argument.

After reviewing the parties' papers in support and opposition filed in this matter, and for good cause appearing, KHN's Motion for Administrative Relief to Submit Statement of Recent Decision is **GRANTED**. KHN may file a Statement of Recent Decision by **May 19, 2016**.

Dated: May 18, 2016

Hon. Haywood S. Gilliam, Jr.
United State District Court Judge