UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHN SOLUTIONS INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>VERTISENSE INC.,<br><br>    Defendant. | Case No. 16-cv-00962-HSG<br><br>**ORDER DIRECTING THE PARTIES TO SUBMIT SUPPLEMENTAL BRIEFING**<br><br>Re: Dkt. No. 46 |

On April 28, 2016, the Court held a hearing on Defendant's motion to dismiss. Dkt. No. 35. Defendant brought its motion on the basis that United States Patent Number 9,076,317 is invalid because its claims are drawn to abstract, patent-ineligible subject matter. On May 18, 2016, Plaintiff submitted a statement of recent decision informing the Court of the Federal Circuit's May 12, 2016, opinion in *Enfish, LLC v. Microsoft Corp.*, No. 2015-1244, 2016 WL 2756255 (Fed. Cir. May 12, 2016).

The parties are directed to submit simultaneous supplemental briefing on the import of the Federal Circuit's opinion in *Enfish*. The parties shall file briefs of no more than 5 pages on or before May 27, 2016.

**IT IS SO ORDERED.**

Dated: May 19, 2016

                                                    _____
                                                  HAYWOOD S. GILLIAM, JR.
                                                  United States District Judge