DURIE TANGRI LLP
CLEMENT S. ROBERTS (SBN 209203)
croberts@durietangri.com
TIMOTHY C. SAULSBURY (SBN 281434)
tsaulsbury@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendant
VERTISENSE INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KHN SOLUTIONS INC.<br><br>Plaintiff,<br><br>v.<br><br>VERTISENSE INC.<br><br>Defendant. | Case No. 3:16-cv-00962-HSG KHN<br><br>**DEFENDANT VERTISENSE INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO SUBMIT A STATEMENT OF RECENT DECISION**<br><br>Ctrm: 10, 19th Floor<br>Judge: Honorable Haywood S. Gilliam, Jr. |

Three days ago, Plaintiff KHN Solutions Inc. ("KHN") filed an administrative motion for relief to submit a statement of recent decision regarding *Enfish, LLC v. Microsoft Corp.*, No. 2015-1244, 2016 WL 2756255 (Fed. Cir. May 12, 2016). D.I. 44. KHN has not, however, submitted the subsequent decision in *In re: TLI Communications LLC Patent Litig.*, Slip Op. No 2015-1372 (Fed. Cir. May 17, 2016), which (like *Enfish*) was authored by Judge Hughes. *See* Saulsbury Decl. Ex. A. Subsequently, the Court ordered the parties to submit supplemental briefing "on the import of the Federal Circuit's opinion in *Enfish*." Dkt. 47 (Order re: Supplemental Briefing).

Because the Court's order made reference only to *Enfish*, out of an abundance of caution, Defendant Vertisense Inc. ("Vertisense") submits this motion seeking permission to submit *In re: TLI*. Like *Enfish*, *TLI* issued subsequent to the April 28, 2016 hearing on Vertisense's motion to dismiss. *TLI* is relevant to the parties' arguments regarding the eligibility of claims directed to the manipulation of data gathered by or from a physical device and sheds light on the meaning of *Enfish*. *See, e.g.*, Dkt. 22 at 5–6; Dkt. 28 at 14. For that reason, and unless the Court desires otherwise, Vertisense proposes to address this decision in the forthcoming supplemental briefing.

Dated: May 19, 2016                                 DURIE TANGRI LLP


By:      */s/ Timothy C. Saulsbury*
         TIMOTHY C. SAULSBURY

Attorneys for Defendant
VERTISENSE INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2016 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Timothy C. Saulsbury*
TIMOTHY C. SAULSBURY