1  DURIE TANGRI LLP
   CLEMENT S. ROBERTS (SBN 209203)
2  croberts@durietangri.com
   TIMOTHY C. SAULSBURY (SBN 281434)
3  tsaulsbury@durietangri.com
   217 Leidesdorff Street
4  San Francisco, CA  94111
   Telephone:    415-362-6666
5  Facsimile:     415-236-6300

6  Attorneys for Defendant
   VERTISENSE INC.
7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 KHN SOLUTIONS INC.                | Case No. 3:16-cv-00962-HSG KHN
12                      Plaintiff,   | **ORDER DENYING DEFENDANT
                                     | VERTISENSE INC.'S MOTION FOR
13         v.                        | ADMINISTRATIVE RELIEF TO SUBMIT A
                                     | STATEMENT OF RECENT DECISION**
14 VERTISENSE INC.
                                     | Ctrm:    10, 19th Floor
15                      Defendant.   | Judge:  Honorable Haywood S. Gilliam, Jr.

---

[PROPOSED] ORDER GRANTING VERTISENSE INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO
SUBMIT A STATEMENT OF RECENT DECISION / CASE NO. 3:16-CV-00962-HSG KHN

1    Defendant Vertisense Inc. ("Vertisense") Motion for Administrative Relief to Submit Statement of Recent Decision was brought before this Court. The Court finds that the matter is appropriate for resolution without oral argument.

   After reviewing the parties' papers in support and opposition filed in this matter, and for good cause appearing, Vertisense's Motion for Administrative Relief to Submit Statement of Recent Decision is DENIED.

Dated: June 9, 2016

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISCTRICT JUDGE

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2016 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Clement S. Roberts*
CLEMENT S. ROBERTS

2
[PROPOSED] ORDER GRANTING VERTISENSE INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO SUBMIT A STATEMENT OF RECENT DECISION / CASE NO. 3:16-CV-00962-HSG KHN