DURIE TANGRI LLP
CLEMENT S. ROBERTS (SBN 209203)
croberts@durietangri.com
TIMOTHY C. SAULSBURY (SBN 281434)
tsaulsbury@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:      415-236-6300

Attorneys for Defendant
VERTISENSE INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KHN SOLUTIONS INC.<br><br>                    Plaintiff,<br><br>       v.<br><br>VERTISENSE INC.<br><br>                    Defendant. | Case No. 3:16-cv-00962-HSG KHN<br><br>**STIPULATION AND ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date:    October 18, 2016<br>Time:    2:00 p.m.<br>Ctrm:    10, 19th Floor<br>Judge:  Honorable Haywood S. Gilliam, Jr. |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT
CONFERENCE / CASE NO. 3:16-CV-00962-HSG KHN

**STIPULATION**

Plaintiff KHN Solutions Inc. ("Plaintiff") and Defendant Vertisense Inc. ("Defendant') (collectively the "Parties"), by and through their respective counsel, hereby submit this Stipulation and Proposed Order to continue the Initial Case Management Conference currently set for October 18, 2016 at 2:00 p.m. pursuant to Local Rule 6-2.

On September 30, 2016 the Court set the Initial Case Management Conference for October 18, 2016 at 2:00 p.m.  Defendant's lead counsel is unavailable for the date set by the Court due to a previously scheduled client commitment, and this Court's local rules require lead counsel's attendance at the Initial Case Management Conference.

NOW THEREFORE, the Parties stipulate and agree that the Initial Case Management Conference currently scheduled to take place on October 18, 2016 at 2:00 p.m. be continued to October 25, 2016, or such other date thereafter that is convenient for the Court.

**IT IS SO STIPULATED**.

Dated:  October 11, 2016               DURIE TANGRI LLP

                                       By:    */s/ Clement S. Roberts*
                                              CLEMENT S. ROBERTS
                                              TIMOTHY C. SAULSBURY

                                       Attorneys for Defendant
                                       VERTISENSE INC.

Dated:  October 11, 2016               FULMER WARE LLP

                                       By:    */s/ Pamela K. Fulmer*
                                              Pamela K. Fulmer

                                       Attorneys for Plaintiff
                                       KHN SOLUTIONS INC.

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE / CASE NO. 3:16-CV-00962-HSG KHN

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Clement S. Roberts attest that concurrence in the filing of this document has been obtained.

*/s/ Clement S. Roberts*
Clement S. Roberts

**ORDER**

The Court, having read and considered the Stipulation to continue the Initial Case Management Conference, and find good cause, hereby orders as follows:

PURSUANT TO STIPULATION, IT IS SO ORDERED

The Case Management conference currently scheduled to take place on October 18, 2016 at 2:00 p.m. will be continued to October 25, 2016 at 2:00 p.m.

Dated:  October 11, 2016

HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2016 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Clement S. Roberts*
CLEMENT S. ROBERTS