DURIE TANGRI LLP
CLEMENT S. ROBERTS (SBN 209203)
croberts@durietangri.com
TIMOTHY C. SAULSBURY (SBN 281434)
tsaulsbury@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:     415-362-6666
Facsimile:     415-236-6300

Attorneys for Defendant
VERTISENSE INC.


FULMER WARE LLP
Pamela K. Fulmer (SB 154736)
Pam@Fulmerware.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-3509
Facsimile: (415) 231-5272

VENABLE LLP
Alper T. Ertas (SB 264120)
ATErtas@Venable.com
505 Montgomery Street, Suite 1400
San Francisco, CA  94111
Telephone:      (415) 653-3750
Facsimile:      (415) 653-3755

Adam R. Hess (*pro hac vice*)
ARHess@Venable.com
575 Seventh Street, NW
Washington, D.C. 20004
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

*Counsel for KHN Solutions, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KHN SOLUTIONS INC.<br><br>            Plaintiff,<br><br>    v.<br><br>VERTISENSE INC.<br><br>            Defendant. | Case No. 3:16-cv-00962-HSG<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Ctrm:   10, 19th Floor<br>Judge:  Honorable Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff KHN Solutions Inc. ("Plaintiff") and Defendant Vertisense Inc. ("Defendant") (collectively the "Parties") by and through their respective counsel, hereby submit this Stipulation and Proposed Order extending the time for Defendant to respond to Plaintiff's Complaint.

Defendant requests a brief one-day extension to provide additional time to investigate the factual allegations for the purpose of either admitting or denying them.  The parties have previously stipulated to one time modification in this case: an October 7, 2016 stipulation to continue the Initial Case Management Conference from October 18, 2016 to October 25, 2016 due to Defendant's lead counsel's unavailability to appear for the original date because of a conflicting client commitment scheduled prior to this Court's scheduling of the Initial Case Management Conference.  This time modification will not have an effect on the schedule for the case.

WHEREAS, Vertisense and KHN have mutually agreed to a one (1) court day extension of time for Vertisense to file an answer to the Complaint.

THEREFORE, it is hereby stipulated and agreed that the time in which Vertisense may answer the Complaint is extended for one (1) court day, from Friday, October 14, 2016 to October 17, 2016.

**IT IS SO STIPULATED**.

Dated:  October 14, 2016                    DURIE TANGRI LLP

                                                          By:  _____*/s/ Timothy C. Saulsbury*_____
                                                                       TIMOTHY C. SAULSBURY

                                                          Attorneys for Defendant
                                                          VERTISENSE INC.


Dated:  October 14, 2016                    FULMER WARE LLP

                                                          By:  _____*/s/ Pamela K. Fulmer*_____
                                                                       PAMELA K. FULMER

                                                          Attorneys for Plaintiff
                                                          KHN SOLUTIONS INC.

1
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. 3:16-CV-00962-HSG

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Timothy C. Saulsbury, attest that concurrence in the filing of this document has been obtained.

                                                   */s/ Timothy C. Saulsbury*
                                                   TIMOTHY C. SAULSBURY

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 14, 2016

                                              HONORABLE HAYWOOD S. GILLIAM, JR.
                                              UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2016 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Timothy C. Saulsbury*
TIMOTHY C. SAULSBURY
