FULMER WARE LLP
Pamela K. Fulmer (SB 154736)
Pam@Fulmerware.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-3509
Facsimile: (415) 231-5272

VENABLE LLP
Alper T. Ertas (SB 264120)
ATErtas@Venable.com
505 Montgomery Street, Suite 1400
San Francisco, CA 94111
Telephone: (415) 653-3750
Facsimile: (415) 653-3755

Adam R. Hess (*pro hac vice*)
ARHess@Venable.com
575 Seventh Street, NW
Washington, D.C. 20004
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
Attorneys for KHN SOLUTIONS, INC.

DURIE TANGRI LLP
CLEMENT S. ROBERTS (SBN 209203)
croberts@durietangri.com
TIMOTHY C. SAULSBURY (SBN 281434)
tsaulsbury@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:     415-362-6666
Facsimile:      415-236-6300
Attorneys for Defendant VERTISENSE INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KHN Solutions, Inc.<br><br>          Plaintiff,<br><br>     v.<br><br>Vertisense Inc.<br><br>          Defendant. | CASE NO. 3:16-cv-00962-HSG<br><br>**STIPULATED MOTION FOR ADMINISTRATIVE RELIEF RE SCHEDULING OR IN THE ALTERNATIVE STIPULATED MOTION TO ENLARGE TIME**<br><br>Judge:      Hon. Haywood Gilliam |

Pursuant to Civil Local Rules 6, 7-11, and 7-12, Plaintiff KHN Solutions Inc. ("Plaintiff") and Defendant Vertisense Inc. ("Defendant") (collectively the "Parties"), by and through their counsel, submit this stipulated motion for administrative relief regarding scheduling or in the alternative stipulated motion to enlarge time.

On October 18, 2016, the Parties submitted a Joint Case Management Statement and on October 25, 2015 the Court held the Initial Case Management Conference. *See* Dkt Nos. 65-66. Following the Initial Case Management Conference, the Court referred the case to Magistrate Judge Donna Ryu for a settlement and pre-settlement conference. *See* Dkt Nos. 67-68. The Court has not, at this time, provided a scheduling order governing the schedule in this case. However, Patent Local Rules require service of infringement contentions not later than 14-days after the initial Case Management Conference, service of invalidity contentions not later than 45-days after service of infringement contentions, and claim construction exchanges and briefing 14-days after service of invalidity contentions. *See* Patent Local Rules 3-4. The Parties seek clarity regarding whether contention deadlines and claim construction deadlines under the Patent Local Rules still apply in light of the Court's Order referring the case to Magistrate Judge Donna Ryu for settlement purposes. The parties understanding from the Case Management Conference and Order referring the case to Magistrate Judge Donna Ryu for settlement purposes, is that the Patent Local Rule deadlines do not currently apply, but in an abundance of caution bring this administrative motion for the Court's guidance.

In the alternative, the Parties seek to continue by 21-days Patent Local Rule and discovery deadlines and request an order enlarging the time to serve and submit discovery responses, infringement contentions, invalidity contentions, claim construction exchanges and briefing, and any other deadlines proscribed by the Civil and Patent Local Rules. To date, the Parties have previously stipulated to two time modifications in this case: the first to extend the time for Defendant Vertisense to file its answer to the complaint and the second to continue the Initial Case Management Conference by one week. This stipulated motion to enlarge time will conserve judicial resources and allow the Parties to finalize settlement without incurring the

costs of discovery, infringement contentions, invalidity contentions, and claim construction proceedings.  The Parties are close to reaching an agreement in principle, and when executed, the agreement will settle all claims in this case.  This enlargement of time will not affect the Court's Order referring the case to Magistrate Judge Donna Ryu for settlement purposes or other scheduling order issued by the Court.  Therefore, this stipulated time modification will not have an effect on the schedule for this case.

WHEREAS, KHN and Vertisense have mutually agreed to a twenty one (21)-day enlargement of time for service and submission of discovery responses, infringement contentions, invalidity contentions, claim construction exchanges and briefing proscribed by the Patent Local Rules.

THEREFORE, it is hereby stipulated and agreed that the deadline for service of discovery responses will be continued by twenty one (21)-days from their current due dates, the deadline for service of infringement contentions is continued from November 8, 2016 to November 29, 2016, the deadline for service of invalidity contentions is continued from December 23, 2016 to January 13, 2016, and the deadline for claim construction exchanges and briefing is continued to follow the Patent Local Rules in accordance with the new deadlines set for infringement and invalidity contentions.

Dated:  November 7, 2016                    FULMER WARE LLP
                                            VENABLE LLP

                                  By:
                                      */s/ Alper T. Ertas*
                                      PAMELA K. FULMER

                                      ALPER T. ERTAS
                                      ADAM R. HESS (*PRO HAC VICE*)

                                      Attorneys for Plaintiff
                                      KHN SOLUTIONS, INC.

1
2    Dated:  November 7, 2016                DURIE TANGRI LLP
3
4                                        By:  */s/ Timothy C. Saulsbury*
                                              CLEMENT S. ROBERTS
5                                             TIMOTHY C. SAULSBURY

6                                             Attorneys for Defendant
                                              VERTISENSE INC.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

3
STIPULATED MOTION FOR ADMINISTRATIVE RELIEF RE SCHEDULING OR IN THE ALTERNATIVE
STIPULATED MOTION TO ENLARGE TIME

**ORDER**

The Court, having read and considered the Stipulation to continue the deadlines for service and submission of discovery responses, infringement contentions, invalidity contentions, and claim construction exchanges and briefing, and finding good cause, hereby orders as follows:

PURSUANT TO STIPULATION, IT IS SO ORDERED

The deadline for service of discovery responses will be continued by 21-days, the deadline for service of infringement contentions will be continued to **November 29, 2016**, the deadline for service of invalidity contentions will be continued to **January 13, 2017**, and the deadline for service of claim construction exchanges and briefing will be continued in accordance with the new deadlines for contentions and the Patent Local Rules.

Dated:  November 7, 2016

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2016 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

                */s/ Alper T. Ertas*
                Alper T. Ertas