FULMER WARE LLP
PAMELA K. FULMER (SBN 154736)
Pam@Fulmerware.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-3509
Facsimile: (415) 231-5272

VENABLE LLP
ALPER T. ERTAS (SBN 264120)
ATErtas@Venable.com
505 Montgomery Street, Suite 1400
San Francisco, CA 94111
Telephone: (415) 653-3750
Facsimile: (415) 653-3755

ADAM R. HESS (PRO HAC VICE)
ARHess@Venable.com
575 Seventh Street, NW
Washington, D.C. 20004
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Attorneys for Plaintiff
KHN SOLUTIONS, INC.

DURIE TANGRI LLP
CLEMENT S. ROBERTS (SBN 209203)
croberts@durietangri.com
TIMOTHY C. SAULSBURY (SBN 281434)
tsaulsbury@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:	415-362-6666
Facsimile:	415-236-6300

Attorneys for Defendant
VERTISENSE INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KHN Solutions, Inc.<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>Vertisense Inc.<br><br>　　　　　　　Defendant. | CASE NO. 3:16-cv-00962-HSG<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Haywood Gilliam, Jr. |

## **ORDER**

The Court, having read and considered the Parties' Stipulation of Dismissal With Prejudice and finding good cause, IT IS ORDERED:

That any and all of the Parties' claims and counterclaims are dismissed with prejudice. Each Party shall bear its own attorneys' fees, costs, and expenses.

Dated:  November 15, 2016

_____
UNITED STATES DISTRICT JUDGE
HONORABLE HAYWOOD S. GILLIAM, JR.